# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 26, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

140282

KENNETH J. STEVENS,
        Plaintiff-Appellee,

v

MICHELLE BRADLEY WATTS,
        Defendant-Appellant,

and

CLARENCE WATTS
        Defendant.
_____/

SC: 140282
COA: 287017
Wayne Circuit Court Family
Division: 05-531145-DC

On order of the Court, the application for leave to appeal the November 17, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 26, 2010

Clerk

d0224